THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFFI KHATCHADOURIAN, <br><br> Plaintiff, <br><br> v. <br><br> DEFENSE INTELLIGENCE AGENCY, et. al, <br><br> Defendants. | Civil Action No. 1:16-cv-0311 (RCL) |

**JOINT STATUS REPORT**

Plaintiff Raffi Khatchadourian ("Khatchadourian") and Defendants Defense Intelligence Agency ("DIA") and Department of Defense ("DoD") hereby submit this joint status report pursuant to the Court's Scheduling Order of October 18, 2016 (ECF No. 23).

On December 6, 2016, Defendants produced a draft Vaughn index to Plaintiff per the Court's October 18, 2016 order. Counsel for Plaintiff and Defendants subsequently met and conferred to discuss what issues, if any, remain in dispute in this case. The parties are continuing those discussions in good faith, but due to the temporary unavailability of a necessary person at the DoD respectfully request that the Court grant an extension of one week, up to and including December 23, 2016, for the parties to file an additional joint status report to notify the Court as to what issues remain in dispute.

Dated: December 16, 2016                Respectfully submitted,

                          BENJAMIN C. MIZER
                          Principal Deputy Assistant Attorney General

                          CHANNING D. PHILLIPS
                          Acting United States Attorney

MARCIA BERMAN
Assistant Branch Director

*/s/ Spencer E. Amdur*
SPENCER E. AMDUR (PA Bar #322007)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-7420
Facsimile: (202) 616-8470
Spencer.Amdur@usdoj.gov
*Counsel for Defendants*

*/s/ Katie Townsend*
Katie Townsend
DC Bar. No. 1026115
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
*Counsel for Plaintiff*