THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFFI KHATCHADOURIAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:16-cv-0311 (RCL) |
| ) | |
| DEFENSE INTELLIGENCE AGENCY, ) | |
| *et. al*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT AND
MOTION TO ENTER PROPOSED SCHEDULING ORDER**

Plaintiff Raffi Khatchadourian and Defendants Defense Intelligence Agency and Department of Defense hereby submit this joint status report and motion to enter a proposed scheduling order. Plaintiff filed a complaint related to two requests under the Freedom of Information Act ("FOIA") on February 22, 2016, and Defendants filed their answer on April 6, 2016. The parties subsequently agreed to a production schedule, which was completed on October 4, 2016. At that point, the parties proposed, and the Court entered, a schedule for narrowing any remaining issues in dispute, and for then briefing summary judgment if necessary. ECF No. 21 (last joint status report); ECF No. 23 (order adopting proposed schedule). The Court ordered that:

- Defendants will provide Plaintiff with an oral description of the search Defendants conducted by October 26, 2016.

- Defendants will provide Plaintiff with a draft Vaughn index by December 6.

- The parties will file a Joint Status Report to notify the Court what, if any, issues remain in dispute by December 16, 2016.

*Id.* at 1. The Court also set a summary judgment briefing schedule, to begin in January 2017, in the event that there were any remaining issues in dispute. *See id.*

Defendants provided Plaintiff with an oral description of the search on October 26, 2016. Counsel for both parties continued to discuss the search throughout November and December. Defendants provided Plaintiff with a draft Vaughn index on December 6, 2016. The parties submitted a joint status report on December 16, 2016, in which they requested an additional week to file a joint status report informing the Court what, if any, issues remain in dispute. ECF No. 24.

Based on these discussions, the parties have determined that additional production will be necessary before it is appropriate to file dispositive motions. Specifically, Defendants had interpreted one of Plaintiff's FOIA requests not to include emails; Plaintiff had understood and intended the request to include emails. Defendants have therefore agreed to conduct an additional email search. The parties are still discussing the appropriate scope of the search. Once the parties agree on the scope and Defendants determine how many potentially responsive records the search identifies, the parties will be able to negotiate a timeline for production. The parties therefore now propose the following:

The current deadlines for submitting dispositive motions shall be vacated. By January 20, 2017, the parties shall submit a joint status report proposing a schedule for producing responsive records identified in Defendants' supplemental email search.

The parties agree that this proposed schedule is reasonable and respectfully request that the Court enter the attached proposed scheduling order.

Dated: December 22, 2016                                    Respectfully submitted,

                                                            BENJAMIN C. MIZER
                                                            Principal Deputy Assistant Attorney General

                                                            CHANNING D. PHILLIPS

Acting United States Attorney

MARCIA BERMAN
Assistant Branch Director

 /s/ *Spencer E. Amdur*
SPENCER E. AMDUR (PA Bar #322007)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-7420
Facsimile: (202) 616-8470
Spencer.Amdur@usdoj.gov

 /s/ *Katie Townsend*
KATIE TOWNSEND (DC Bar #1026115)
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
ktownsend@rcfp.org