THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAFFI KHATCHADOURIAN, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil Action No. 1:16-cv-0311 (RCL) |
| DEFENSE INTELLIGENCE AGENCY, *et. al*, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT AND
MOTION TO ENTER PROPOSED SCHEDULING ORDER**

Plaintiff Raffi Khatchadourian and Defendants Defense Intelligence Agency and Department of Defense hereby submit this joint status report and motion to enter a proposed scheduling order. Plaintiff filed a complaint related to two requests under the Freedom of Information Act ("FOIA") on February 22, 2016, and Defendants filed their answer on April 6, 2016. The parties subsequently agreed to a production schedule, which was completed on October 4, 2016. After subsequent discussions between counsel, the parties determined that further searches and production would be necessary. The parties therefore proposed to file a schedule for further production by January 20, 2017, and the Court entered an order to that effect. ECF No. 27. The parties have subsequently worked together to narrow the scope of further searches and production, but require an additional week to determine the scope of such searches and production and to agree on a production schedule. The parties therefore respectfully request that the Court order the following:

- The January 20, 2017 deadline to submit a production schedule is vacated.

- By January 27, 2017, the parties shall file a proposed schedule for further production in this matter.

The parties agree that this proposed schedule is reasonable and respectfully request that the Court enter the attached proposed scheduling order.

Dated: January 20, 2017                                     Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
Acting United States Attorney

MARCIA BERMAN
Assistant Branch Director

 /s/ *Spencer E. Amdur*
SPENCER E. AMDUR (PA Bar #322007)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-7420
Facsimile: (202) 616-8470
Spencer.Amdur@usdoj.gov

 /s/ *Katie Townsend*
KATIE TOWNSEND (DC Bar #1026115)
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
ktownsend@rcfp.org