# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

RAFFI KHATCHADOURIAN,                    )
                                         )
                Plaintiff,               )
        v.                               )          Civil Action No. 1:16-cv-0311 (RCL)
                                         )
DEFENSE INTELLIGENCE AGENCY,             )
*et. al*,                                )
                                         )
                Defendants.              )
_____)

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' January 20, 2017 Joint Status Report and Motion to Enter Proposed Scheduling Order, it is hereby ORDERED:

- The January 20, 2017 deadline to submit a production schedule is vacated.

- By January 27, 2017, the parties shall file a proposed schedule for further production in this matter.


SO ORDERED.

DATE: _____          _____
                                       The Honorable Royce C. Lamberth
                                       United States District Judge