THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFFI KHATCHADOURIAN,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DEFENSE INTELLIGENCE AGENCY,<br>*et. al*,<br><br>　　　　　Defendants. | Civil Action No. 1:16-cv-0311 (RCL) |

**JOINT STATUS REPORT AND
MOTION TO ENTER PROPOSED SCHEDULING ORDER**

Plaintiff Raffi Khatchadourian and Defendants Defense Intelligence Agency and Department of Defense hereby submit this joint status report and motion to enter a proposed scheduling order. Plaintiff filed a complaint related to two requests under the Freedom of Information Act ("FOIA") on February 22, 2016, and Defendants filed their answer on April 6, 2016. The parties subsequently agreed to a production schedule, which was completed on October 4, 2016. After subsequent discussions between counsel, the parties determined that further searches and production would be necessary. The parties therefore proposed to file a schedule for further production by January 20, 2017, and the Court entered an order to that effect. ECF No. 27. The parties subsequently worked together to narrow the scope of further searches and production, but determined that they would benefit from additional time to negotiate the scope of such searches and production and to agree on a production schedule. On January 20, 2017, therefore, the parties filed a Joint Status Report and Motion to Enter a Proposed Scheduling Order, in which they proposed that they file a proposed schedule for further production in this matter by January 27, 2017. ECF No. 28.

The parties have engaged in additional discussion regarding the scope of further searches and production, and now propose the following schedule:

- Defendants will agree to review for responsiveness a sample of potentially responsive documents from the additional email searches that have recently been conducted. The parties expect to agree upon which search this sample will be drawn from within a few days; and Defendants will begin their review promptly thereafter.

- The sample will include 300 emails, and any attachments to those emails.

- Defendants will review this sample for responsiveness by March 8, 2017. Defendants will then promptly begin processing any responsive records from this sample for production to Plaintiff.

- The parties will meet and confer and by March 14, 2017 will file a joint status report and proposal for the time frame for Defendants' production of any responsive nonexempt records in the sample described above to Plaintiff, as well as a proposed schedule for additional proceedings in this matter.

The parties agree that this proposed schedule is reasonable and respectfully request that the Court enter the attached proposed scheduling order.

Dated: January 27, 2017                    Respectfully submitted,

                                           JOYCE R. BRANDA
                                           Acting Assistant Attorney General

                                           MARCIA BERMAN
                                           Assistant Branch Director

                                            /s/ Robin Thurston
                                           Robin Thurston (IL Bar No. 6293950).
                                           Trial Attorney
                                           U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue NW

Washington, D.C. 20530
Telephone: (202) 616-8188
Facsimile: (202) 616-8470
Robin.F.Thurston@usdoj.gov


 */s/ Katie Townsend*_____
KATIE TOWNSEND (DC Bar #1026115)
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
ktownsend@rcfp.org