THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFFI KHATCHADOURIAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:16-cv-0311(RCL) |
| ) | |
| DEFENSE INTELLIGENCE AGENCY, ) | |
| *et. al*, ) | |
| ) | |
| Defendants. ) | |

[~~PLAINTIFF'S PROPOSED~~] ORDER

Upon consideration of the parties' July 7, 2017 Joint Status Report, and in light of Plaintiff's request for a status conference, it is hereby ORDERED that a further joint status report be filed on August 15, 2017. ~~in this matter will be held on _____, 2017, at _____, in Court Room ___.~~

SO ORDERED.

DATE: 8/9/17

_____
The Honorable Royce C. Lamberth
United States District Judge