**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAFFI KHATCHADOURIAN,<br><br>   Plaintiff<br><br> v.<br><br>DEFENSE INTELLIGENCE AGENCY, et al.,<br><br>   Defendants. | Civil Action No. 16-00311<br>RCL/DAR |

**SCHEDULING ORDER**

  This action was referred to the undersigned for the purposes of (1) entry of a scheduling order and (2) report and recommendation. Proceedings with respect to the latter have been stymied by the parties' failure to engage in meaningful discussions with respect to the former, evidenced by the pending dispute regarding a briefing schedule. *See* Plaintiff's Motion for Bifurcated Briefing and Leave to Conduct Limited Discovery (ECF No. 52); Defendants' Opposition to Plaintiff's Motion for Bifurcated Briefing and Leave to Conduct Discovery (ECF No. 54); Reply in Support of Plaintiff's Motion for Bifurcated Briefing and Leave to Conduct Limited Discovery (ECF No. 55).

  The undersigned observes that while Defendants oppose Plaintiff's motion for limited discovery, Defendants actually seek discovery from Plaintiff in advance of the filing of their motion for summary judgment. *See* Defendants' Opposition at 11-12) ("Specifically, DIA requests that the Court order Plaintiff, within two weeks, to identify to DIA what withholdings he intends to challenge at summary judgment . . . .").

Khatchadourian v. Defense Intelligence Agency, et al.

Without deciding whether either sides' request for discovery at this time is supported by the cited authorities, the undersigned finds that the most efficient way to address this anomaly is to afford each side the opportunity for limited discovery in advance of the filing by Defendants of their motion for summary judgment.

Accordingly, it is, this 14th day of May, 2018,

**ORDERED** that discovery in advance of the filing by Defendants of their motion for summary judgment is confined to no more than four interrogatories by each side; and it is

**FURTHER ORDERED** that the interrogatories for which this order provides shall be served, if at all, by no later than May 25, 2018; and it is

**FURTHER ORDERED** that Defendants shall file their motion for summary judgment by no later than July 16, 2018, and that absent leave of the Court, the parties shall complete the briefing of the motion in accordance with the deadlines proscribed by the applicable rules; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Bifurcated Briefing and Leave to Conduct Limited Discovery (ECF No. 52) is **DENIED AS MOOT.**

DEBORAH A. ROBINSON
United States Magistrate Judge