# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAFFI KATCHADOURIAN, | |
| Plaintiff, | Civil Action No. 16-cv-00311-RCL |
| v. | |
| DEFENSE INTELLIGENCE AGENCY (DIA), | **NOTICE OF FILING AMENDED** *VAUGHN* **INDEX** |
| Defendant. | |

    Defendant respectfully provides notice of the filing of the attached amended *Vaughn* index, which corrects several errors in the *Vaughn* index filed on October 4, 2021 at ECF No. 119. In particular, for certain documents, the October *Vaughn* index had mistakenly mislabeled whether those documents contained segregable information for supplemental production. The attached index of supplemental releases, attached as Exhibit A, reflects all the documents for which a supplemental release was provided, and the revised *Vaughn* index, attached at Exhibits B-E, has been amended to correctly reflect these supplemental releases. In addition, one document, V-046, that had been marked as out for interagency segregability review on the October 4, 2021 *Vaughn*, has since been received by DIA, and that entry has been updated accordingly. The other document that had been referred for interagency segregability review, V-050, remains outstanding, but as stated in the Parties' recent joint motion to modify the briefing schedule, ECF No. 121, the other agency has indicated it will provide a response no later than November 24, 2021. Defendant apologizes to the Court and the Plaintiff for any inconvenience these corrections may have caused.

Date: November 11, 2021        Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Christopher R. Healy*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendant*