# Exhibit A

LIT-00001-2016 (Raffi Khatchadourian) Civil Action No. 16-cv-00311-RCL DAR
Supplemental Release Inventory October 2021

| Vaughn # | Date/DTG | Comments/Notes | # of pgs rev'd | # of Docs |
|---|---|---|---|---|
| V-035 | 14-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 11 | 1 |
| V-037 | 30-Mar-11 | 1st Supplemental Release, 01 Oct 2021 | 5 | 2 |
| V-042 | 11-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 11 | 3 |
| V-044 | 16-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 9 | 4 |
| V-048 | 20-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 5 |
| V-051 | 20-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 6 |
| V-052 | 21-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 7 |
| V-054 | 24-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 8 |
| V-055 | 21-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 9 |
| V-057 | 11-Feb-11 | 1st Supplemental Release, 01 Oct 2021 | 2 | 10 |
| V-059 | 22-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 11 |
| V-060 | 21-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 12 |
| V-061 | 28-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 13 |
| V-062 | 19-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 14 |
| V-067 | 22-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 15 |
| V-068 | 22-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 16 |
| V-069 | 28-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 17 |
| V-071 | 3-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 5 | 18 |
| V-073 | Undated | 1st Supplemental Release, 01 Oct 2021 | 4 | 19 |
| V-074 | 21-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 20 |
| V-075 | 21-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 21 |
| V-076 | 26-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 22 |

LIT-00001-2016 (Raffi Khatchadourian) Civil Action No. 16-cv-00311-RCL DAR
Supplemental Release Inventory October 2021

| | | | | |
|---|---|---|---|---|
| V-077 | 25-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 23 |
| V-078 | 26-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 24 |
| V-079 | 27-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 25 |
| V-080 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 26 |
| V-081 | 13-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 27 |
| V-082 | 21-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 28 |
| V-083 | 27-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 5 | 29 |
| V-084 | 28-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 30 |
| V-085 | 4-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 31 |
| V-086 | 21-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 32 |
| V-087 | 13-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 33 |
| V-088 | 8-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 34 |
| V-089 | 14-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 35 |
| V-090 | 13-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 36 |
| V-091 | 8-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 37 |
| V-092 | 21-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 38 |
| V-093 | 21-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 39 |
| V-094 | 13-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 40 |
| V-095 | 15-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 5 | 41 |
| V-096 | 7-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 1 | 42 |
| V-097 | 20-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 43 |
| V-098 | 21-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 8 | 44 |
| V-099 | 21-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 5 | 45 |
| V-102 | 12-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 18 | 46 |

LIT-00001-2016 (Raffi Khatchadourian) Civil Action No. 16-cv-00311-RCL DAR
Supplemental Release Inventory October 2021

| | | | | |
|---|---|---|---|---|
| V-108 | 14-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 5 | 47 |
| V-109 | 21-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 48 |
| V-110 | 13-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 49 |
| V-111 | 21-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 50 |
| V-112 | 21-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 51 |
| V-113 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 52 |
| V-114 | 20-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 53 |
| V-115 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 54 |
| V-116 | 26-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 55 |
| V-117 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 56 |
| V-118 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 57 |
| V-119 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 58 |
| V-120 | 27-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 59 |
| V-121 | 27-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 60 |
| V-122 | 27-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 61 |
| V-123 | 3-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 62 |
| V-124 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 1 | 63 |
| V-125 | 27-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 64 |
| V-126 | 18-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 65 |
| V-127 | 25-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 66 |
| V-128 | 15-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 67 |
| V-129 | 22-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 68 |
| V-130 | 29-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 69 |
| V-131 | 8-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 70 |

LIT-00001-2016 (Raffi Khatchadourian) Civil Action No. 16-cv-00311-RCL DAR
Supplemental Release Inventory October 2021

| | | | | |
|---|---|---|---|---|
| V-132 | 24-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 71 |
| V-152 | 2-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 72 |
| V-153 | 27-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 73 |
| V-154 | 21-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 8 | 74 |
| V-155 | 21-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 75 |
| V-192 | 3-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 21 | 76 |
| V-197 | 4-Jan-11 | 1st Supplemental Release, 01 Oct 2021 | 20 | 77 |
| V-210 | 30-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 5 | 78 |
| V-211 | 20-Apr-11 | 1st Supplemental Release, 01 Oct 2021 | 2 | 79 |
| V-233 | 25-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 25 | 80 |
| V-237 | 18-Jan-11 | 1st Supplemental Release, 01 Oct 2021 | 4 | 81 |
| V-238 | 8-Feb-11 | 1st Supplemental Release, 01 Oct 2021 | 5 | 82 |
| V-239 | 8-Feb-11 | 1st Supplemental Release, 01 Oct 2021 | 5 | 83 |
| V-240 | 9-Feb-11 | 1st Supplemental Release, 01 Oct 2021 | 2 | 84 |
| V-244 | 27-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 9 | 85 |
| V-248 | 27-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 8 | 86 |
| V-251 | 10-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 13 | 87 |
| V-262 | 19-Jan-11 | 1st Supplemental Release, 01 Oct 2021 | 16 | 88 |
| V-268 | 20-Jan-11 | 1st Supplemental Release, 01 Oct 2021 | 19 | 89 |
| V-277 | 22-Mar-11 | 1st Supplemental Release, 01 Oct 2021 | 19 | 90 |
| V-314 | 3-Jan-11 | 1st Supplemental Release, 01 Oct 2021 | 3 | 91 |
| V-315 | 21-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 30 | 92 |
| V-317 | 26-Jan-11 | 1st Supplemental Release, 01 Oct 2021 | 3 | 93 |
| V-319 | 14-Apr-11 | 1st Supplemental Release, 01 Oct 2021 | 5 | 94 |

| | | | | |
|---|---|---|---|---|
| V-320 | 5-May-11 | 1st Supplemental Release, 01 Oct 2021 | 7 | 95 |
| V-321 | 21-Apr-11 | 1st Supplemental Release, 01 Oct 2021 | 7 | 96 |
| V-323 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 97 |
| V-324 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 98 |
| V-325 | 11-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 99 |
| V-326 | 29-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 100 |
| V-327 | 27-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 101 |
| V-330 | 7-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 102 |
| V-331 | 13-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 103 |
| V-335 | 9-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 104 |
| V-337 | 13-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 105 |
| V-338 | 13-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 106 |
| V-340 | 15-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 107 |
| V-361 | 28-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 108 |
| V-369 | 22-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 109 |
| V-370 | 29-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 6 | 110 |
| V-371 | 8-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 111 |
| V-372 | 25-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 112 |
| V-373 | 3-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 113 |
| V-374 | 1-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 114 |
| V-375 | 6-Jan-11 | 1st Supplemental Release, 01 Oct 2021 | 3 | 115 |
| V-376 | 12-Jan-11 | 1st Supplemental Release, 01 Oct 2021 | 2 | 116 |
| V-377 | 21-Mar-11 | 1st Supplemental Release, 01 Oct 2021 | 3 | 117 |
| V-421 | 19-Apr-11 | 1st Supplemental Release, 01 Oct 2021 | 2 | 118 |

| | | | | |
|---|---|---|---|---|
| V-429 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 119 |
| V-430 | 30-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 120 |
| V-466 | 20-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 10 | 121 |
| V-467 | 18-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 122 |
| V-472 | 11-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 123 |
| V-476 | 7-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 124 |
| V-479 | 6-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 125 |
| V-480 | 9-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 126 |
| V-489 | 2-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 127 |
| V-600 | Undated | 1st Supplemental Release, 01 Oct 2021 | 2 | 128 |
| V-609 | 16-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 129 |
| V-615 | 16-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 20 | 130 |
| V-616 | 9-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 131 |
| V-619 | 18-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 9 | 132 |
| V-620 | 10-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 133 |
| V-632 | 9-Feb-11 | 1st Supplemental Release, 01 Oct 2021 | 2 | 134 |
| V-641 | Undated | 1st Supplemental Release, 01 Oct 2021 | 2 | 135 |
| V-645 | 7-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 136 |
| V-646 | Undated | 1st Supplemental Release, 01 Oct 2021 | 14 | 137 |
| V-659 | 9-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 15 | 138 |
| V-676 | 20-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 5 | 139 |
| V-686 | 16-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 140 |
| V-691 | 12-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 141 |
| V-692 | 20-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 142 |

LIT-00001-2016 (Raffi Khatchadourian) Civil Action No. 16-cv-00311-RCL DAR
Supplemental Release Inventory October 2021

| | | | | |
|---|---|---|---|---|
| V-693 | 22-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 143 |
| V-694 | 22-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 144 |
| V-695 | 22-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 145 |
| V-696 | 23-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 6 | 146 |
| V-697 | 24-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 7 | 147 |
| V-698 | 24-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 6 | 148 |
| V-699 | 24-Nov-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 149 |
| V-702 | 13-Dec-10 | 1st Supplemental Release, 01 Oct 2021 | 4 | 150 |
| V-709 | 1-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 151 |
| V-710 | 10-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 152 |
| V-711 | 11-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 153 |
| V-712 | 12-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 154 |
| V-713 | 13-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 155 |
| V-714 | 13-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 156 |
| V-715 | 13-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 157 |
| V-716 | 14-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 158 |
| V-717 | 14-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 159 |
| V-718 | 15-Aug-10 | 1st Supplemental Release, 01 Oct 2021 | 3 | 160 |
| V-719 | 15-Oct-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 161 |
| V-720 | 15-Sep-10 | 1st Supplemental Release, 01 Oct 2021 | 2 | 162 |
| V-063 | 24-Sep-10 | 2nd Supplemental Release, 08 Oct 2021 | 3 | 1 |
| V-064 | 20-Oct-10 | 2nd Supplemental Release, 08 Oct 2021 | 3 | 2 |
| V-272 | 21-Apr-11 | 2nd Supplemental Release, 08 Oct 2021 | 8 | 3 |
| V-420 | 15-Mar-11 | 2nd Supplemental Release, 08 Oct 2021 | 2 | 4 |

LIT-00001-2016 (Raffi Khatchadourian) Civil Action No. 16-cv-00311-RCL DAR
Supplemental Release Inventory October 2021

| | | | | |
|---|---|---|---|---|
| V-534 | 15-Sep-10 | 2nd Supplemental Release, 08 Oct 2021 | 50 | 5 |
| V-535 | 22-Sep-10 | 2nd Supplemental Release, 08 Oct 2021 | 50 | 6 |
| V-536 | 23-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 25 | 7 |
| V-537 | 25-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 25 | 8 |
| V-538 | 23-Sep-10 | 2nd Supplemental Release, 08 Oct 2021 | 52 | 9 |
| V-551 | 6-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 2 | 10 |
| V-552 | 9-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | | 11 |
| V-553 | 9-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 2 | 12 |
| V-554 | 9-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 2 | 13 |
| V-555 | 11-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 2 | 14 |
| V-561 | 11-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 2 | 15 |
| V-562 | 2-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 2 | 16 |
| V-564 | 11-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 2 | 17 |
| V-565 | 12-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 2 | 18 |
| V-569 | 11-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 1 | 19 |
| V-571 | 11-Aug-10 | 2nd Supplemental Release, 08 Oct 2021 | 1 | 20 |
| V-601 | | 3rd Supplemental Release, 10 Oct 2021 | 2 | 1 |
| V-721 | 16-Aug-10 | 3rd Supplemental Release, 10 Oct 2021 | 3 | 2 |
| V-722 | 16-Sep-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 3 |
| V-723 | 17-Aug-10 | 3rd Supplemental Release, 10 Oct 2021 | 3 | 4 |
| V-724 | 17-Sep-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 5 |
| V-725 | 18-Aug-10 | 3rd Supplemental Release, 10 Oct 2021 | 3 | 6 |
| V-726 | 18-Oct-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 7 |
| V-727 | 18-Sep-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 8 |

LIT-00001-2016 (Raffi Khatchadourian) Civil Action No. 16-cv-00311-RCL DAR
Supplemental Release Inventory October 2021

| | | | | |
|---|---|---|---|---|
| V-728 | 19-Oct-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 9 |
| V-729 | 2-Oct-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 10 |
| V-730 | 2-Sep-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 11 |
| V-731 | 20-Oct-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 12 |
| V-732 | 20-Sep-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 13 |
| V-733 | 21-Oct-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 14 |
| V-734 | 21-Sep-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 15 |
| V-735 | 22-Sep-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 16 |
| V-736 | 23-Aug-10 | 3rd Supplemental Release, 10 Oct 2021 | 3 | 17 |
| V-737 | 23-Oct-10 | 3rd Supplemental Release, 10 Oct 2021 | 3 | 18 |
| V-738 | 23-Sep-10 | 3rd Supplemental Release, 10 Oct 2021 | 2 | 19 |
| V-739 | 24-Aug-10 | 3rd Supplemental Release, 10 Oct 2021 | 3 | 20 |
| V-241 | 17-Mar-11 | 4th Supplemental Release, 13 Oct 2021 | 3 | 1 |
| V-431 | 9-Nov-10 | 4th Supplemental Release, 13 Oct 2021 | 9 | 2 |
| V-570 | 10-Aug-10 | 4th Supplemental Release, 13 Oct 2021 | 1 | 3 |
| V-740 | 24-Oct-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 4 |
| V-741 | 24-Sep-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 5 |
| V-742 | 25-Aug-10 | 4th Supplemental Release, 13 Oct 2021 | 3 | 6 |
| V-743 | 25-Oct-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 7 |
| V-744 | 25-Sep-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 8 |
| V-745 | 26-Aug-10 | 4th Supplemental Release, 13 Oct 2021 | 3 | 9 |
| V-746 | 26-Oct-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 10 |
| V-747 | 27-Aug-10 | 4th Supplemental Release, 13 Oct 2021 | 3 | 11 |
| V-748 | 27-Oct-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 12 |

LIT-00001-2016 (Raffi Khatchadourian) Civil Action No. 16-cv-00311-RCL DAR
Supplemental Release Inventory October 2021

| | | | | |
|---|---|---|---|---|
| V-749 | 27-Sep-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 13 |
| V-750 | 28-Sep-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 14 |
| V-751 | 29-Sep-17 | 4th Supplemental Release, 13 Oct 2021 | 2 | 15 |
| V-752 | 30-Aug-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 16 |
| V-753 | 30-Sep-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 17 |
| V-754 | 4-Oct-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 18 |
| V-755 | 6-Oct-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 19 |
| V-756 | 7-Oct-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 20 |
| V-757 | 7-Sep-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 21 |
| V-758 | 8-Oct-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 22 |
| V-759 | 8-Sep-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 23 |
| V-760 | 9-Oct-10 | 4th Supplemental Release, 13 Oct 2021 | 2 | 24 |
| V-761 | 9-Sep-10 | 4th Supplemental Release, 13 Oct 2021 | 3 | 25 |
| V-053 | 24-Aug-10 | 5th Supplemental Release, 15 Oct 2021 | 2 | 1 |
| V-100 | 2-Aug-10 | 5th Supplemental Release, 15 Oct 2021 | 6 | 2 |
| V-193 | 3-Nov-10 | 5th Supplemental Release, 15 Oct 2021 | 21 | 3 |
| V-209 | 18-Nov-10 | 5th Supplemental Release, 15 Oct 2021 | 9 | 4 |
| V-333 | 9-Dec-10 | 5th Supplemental Release, 15 Oct 2021 | 3 | 5 |
| V-378 | 11-Mar-11 | 5th Supplemental Release, 15 Oct 2021 | 3 | 6 |
| V-379 | 15-Feb-11 | 5th Supplemental Release, 15 Oct 2021 | 4 | 7 |
| V-380 | 31-Mar-11 | 5th Supplemental Release, 15 Oct 2021 | 5 | 8 |
| V-382 | 17-Mar-11 | 5th Supplemental Release, 15 Oct 2021 | 7 | 9 |
| V-383 | 26-Jan-11 | 5th Supplemental Release, 15 Oct 2021 | 4 | 10 |
| V-384 | 10-Mar-11 | 5th Supplemental Release, 15 Oct 2021 | 6 | 11 |

LIT-00001-2016 (Raffi Khatchadourian) Civil Action No. 16-cv-00311-RCL DAR
Supplemental Release Inventory October 2021

| | | | | |
|---|---|---|---|---|
| V-385 | 19-Jan-11 | 5th Supplemental Release, 15 Oct 2021 | 5 | 12 |
| V-389 | 18-Jan-11 | 5th Supplemental Release, 15 Oct 2021 | 4 | 13 |
| V-764 | | 5th Supplemental Release, 15 Oct 2021 | 46 | 14 |
| V-778 | Undated | 5th Supplemental Release, 15 Oct 2021 | 24 | 15 |
| V-779 | 9-Mar-11 | 5th Supplemental Release, 15 Oct 2021 | 10 | 16 |
| V-809 | | 5th Supplemental Release, 15 Oct 2021 | 2 | 17 |
| V-815 | 25-Jul-11 | 5th Supplemental Release, 15 Oct 2021 | 12 | 18 |
| V-817 | Undated | 5th Supplemental Release, 15 Oct 2021 | 1 | 19 |
| V-824 | Undated | 5th Supplemental Release, 15 Oct 2021 | 2 | 20 |
| V-046 | 13-Oct-10 | 6th Supplemental Release, 21 Oct 2021 | 5 | 1 |
| V-439 | 13-Oct-10 | 6th Supplemental Release, 21 Oct 2021 | 15 | 2 |
| V-390 | 4-Jan-10 | 6th Supplemental Release, 21 Oct 2021 | 3 | 3 |
| V-391 | 7-Jan-11 | 6th Supplemental Release, 21 Oct 2021 | 3 | 4 |
| V-392 | 14-Jan-11 | 6th Supplemental Release, 21 Oct 2021 | 4 | 5 |
| V-393 | 14-Jan-11 | 6th Supplemental Release, 21 Oct 2021 | 6 | 6 |
| V-394 | 14-Jan-11 | 6th Supplemental Release, 21 Oct 2021 | 4 | 7 |
| V-396 | 18-Jan-11 | 6th Supplemental Release, 21 Oct 2021 | 3 | 8 |
| V-397 | 18-Jan-11 | 6th Supplemental Release, 21 Oct 2021 | 4 | 9 |
| V-462 | 13-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 2 | 10 |
| V-463 | 2-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 2 | 11 |
| V-464 | 12-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 2 | 12 |
| V-465 | 13-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 2 | 13 |
| V-468 | 7-Dec-10 | 6th Supplemental Release, 21 Oct 2021 | 8 | 14 |
| V-469 | 10-Sep-10 | 6th Supplemental Release, 21 Oct 2021 | 3 | 15 |

LIT-00001-2016 (Raffi Khatchadourian) Civil Action No. 16-cv-00311-RCL DAR
Supplemental Release Inventory October 2021

| | | | | |
|---|---|---|---|---|
| V-475 | 1-Dec-10 | 6th Supplemental Release, 21 Oct 2021 | 6 | 16 |
| V-481 | 9-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 2 | 17 |
| V-502 | 1-Sep-10 | 6th Supplemental Release, 21 Oct 2021 | 4 | 18 |
| V-503 | 1-Dec-10 | 6th Supplemental Release, 21 Oct 2021 | 6 | 19 |
| V-504 | 2-Sep-10 | 6th Supplemental Release, 21 Oct 2021 | 4 | 20 |
| V-505 | 3-Sep-10 | 6th Supplemental Release, 21 Oct 2021 | 4 | 21 |
| V-506 | 12-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 3 | 22 |
| V-509 | 26-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 2 | 23 |
| V-513 | 13-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 3 | 24 |
| V-514 | | 6th Supplemental Release, 21 Oct 2021 | 2 | 25 |
| V-518 | 13-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 2 | 26 |
| V-522 | 16-Nov-10 | 6th Supplemental Release, 21 Oct 2021 | 3 | 27 |
| V-539 | 24-Sep-10 | 6th Supplemental Release, 21 Oct 2021 | 34 | 28 |
| V-572 | 11-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 2 | 29 |
| V-617 | 9-Nov-10 | 6th Supplemental Release, 21 Oct 2021 | 3 | 30 |
| V-618 | 17-Nov-10 | 6th Supplemental Release, 21 Oct 2021 | 4 | 31 |
| V-629 | 16-Dec-10 | 6th Supplemental Release, 21 Oct 2021 | 15 | 32 |
| V-643 | 26-Oct-10 | 6th Supplemental Release, 21 Oct 2021 | 5 | 33 |
| V-649 | 12-Oct-10 | 6th Supplemental Release, 21 Oct 2021 | 3 | 34 |
| V-701 | 6-Dec-10 | 6th Supplemental Release, 21 Oct 2021 | 9 | 35 |
| V-705 | Undated | 6th Supplemental Release, 21 Oct 2021 | 4 | 36 |
| V-790 | 15-Mar-11 | 6th Supplemental Release, 21 Oct 2021 | 12 | 37 |
| V-792 | 25-Aug-10 | 6th Supplemental Release, 21 Oct 2021 | 2 | 38 |
| V-794 | 19-Oct-10 | 6th Supplemental Release, 21 Oct 2021 | 4 | 39 |
| | | TOTAL | 1,476 | |