# Exhibit A

| Document # | Title | Date | Agency | Classification | Description/Exemptions |
|---|---|---|---|---|---|
| V-050<br><br>173 pages<br><br>18 Jul 16 Release | **SENSITIVE NON-RELEASABLE TITLE** | May 21, 2011 | DIA | Secret | **Document Description –** Internal Memorandum from IRTF Chief to Director, Index of Documents, and Documents<br>**Document Denied in Part – Exemption (b)(1), (b)(3), (b)(6)**<br><br>**Exemption (b)(1):** The document contains information which, if publicly released, would reveal intelligence sources and methods and compromise the intelligence information collection mission effectiveness of the intelligence community. This includes information that speaks to the methods and processes used in assessing the impact of the unauthorized disclosure of information resulting from leaked documents; insights into the impact/damages made because of the unauthorized release of properly classified information; summaries/key metrics on classified data that was compromised because of the unauthorized release; and the names of DIA employees involved in the IRTF. Accordingly, the information is properly classified and protected from release under Executive Order 13526, section **1.4(c)** – intelligence activities, intelligence sources and methods, cryptology; and **1.4(d)** – foreign relations or foreign activities of the United States, including confidential human sources. **No further portions of the records withheld under this exemption are reasonably segregable, as they are inextricably intertwined with the properly classified portions of the records.**<br><br>**Exemption (b)(3):** was used in conjunction with **10 U.S.C. 424** to withhold employee names and contact information, as well as office names/symbols and similar information, the release of which would reveal DIA's organizational structure. **Statute 50 U.S.C.** |

|  |  |  |  |  | **3024(i)** also is asserted in conjunction with this exemption to sections of the document to protect intelligence sources and methods withheld since their release could potentially disclose the method or program in which the information was collected. This includes information that speaks to the methods and processes used in assessing the impact of the unauthorized disclosure of information resulting from leaked documents. **Certain segregable information has been identified for release to Plaintiffs upon further review of this record. No further portions of the records withheld under this exemption are reasonably segregable, as they are inextricably intertwined with the properly classified portions of the records.**<br><br>**Exemption (b)(6):** The document contains information relating to the identification of personnel working within the Intelligence Community, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The public interest in disclosure of this information does not outweigh the harm to the individual whose privacy would be violated, and thus the information is protected from disclosure. |
|---|---|---|---|---|---|